



## MEMORANDUM OPINION

No. 04-10-00758-CR

Lavelle T. **MANOS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No 7, Bexar County, Texas
Trial Court No. 278072
Honorable Monica Guerrero, Judge Presiding

PER CURIAM

Sitting:      Rebecca Simmons, Justice
              Steven C. Hilbig, Justice
              Marialyn Barnard, Justice

Delivered and Filed:  November 3, 2010

DISMISSED

Appellant has filed a motion to dismiss this appeal by withdrawing the notice of appeal.

The motion is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

DO NOT PUBLISH